NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ALAN K. RICHARDS,**

*Plaintiff-Appellant,*

v.

**PROFESSOR AYUSMAN SEN,
PENNSYLVANIA STATE UNIVERSITY,
PENN STATE RESEARCH FOUNDATION, and
MCQUAIDE BLASKO FLEMING & FAULKNER,
INC.,**

*Defendants-Appellees.*

———————————

2011-1075

———————————

Appeal from the United States District Court for the Southern District of Florida in No. 09-CV-14280, Judge K. Michael Moore.

———————————

**JUDGMENT**

———————————

PATRICK D. KELLY, of St. Louis, Missouri, argued for plaintiff-appellant.

LAURA GANOZA, Foley & Lardner, LLP, of Miami, Florida, argued for defendants-appellees.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* NEWMAN, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 4, 2011   /s/ Jan Horbaly
Date      Jan Horbaly
        Clerk